RECEIVED

SEP 0 8 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

FILED
COURT OF APPEALS
SECOND DISTRICT OF TEXAS

SEP - 8 2015

DEBRA SPISAK, CLERK

IN THE COURT OF APPEALS
SECOND DISTRICT OF TEXAS

| | | |
|---|---|---|
| REGINALD D. DAVIS, | § | |
| Appellant, | § | |
| V. | § | Court of Appeals No. 02-15-00283-CR |
| | § | Trial Court No. 0851753D |
| The State of Texas. | § | |
| Appellee. | § | |

RESPONSE TO COURT'S ORDER TO SHOW GROUNDS
FOR CONTINUING THE APPEAL

TO THE HONORABLE JUDGES OF THE SECOND DISTRICT COURT OF APPEALS:

In response to this Court's order, Appellant would show GOOD CAUSE, as follows:

Even though the trial court's initial order denying Appellant's request for appointment of counsel and second request to conduct DNA testing was signed on April 17, 2015, Appellant was not served with a copy of the trial court's order until he inquired with the trial court clerk concerning the status of the case. The trial court's clerk mailed Appellant a copy of the trial court's April 17, 2015 order, which Appellant received on June 9, 2015.

On June 10, 2015, Appellant filed his "Motion For Leave To File Out Of Time Notice of Appeal" informing the trial court that he had received late notice of its April 17, 2015 order.

On July 10, 2015, Appellant, pursuant to Texas Rule of Appellate Procedure 4.2(a)(1) and Texas Rule of Civil Procedure 306a.4, filed his "Sworn Motion And Notice Of Late Notice of Judgment."

In response to Appellant's motion, the trial court then vacated its April 17, 2015 judgment and reissued its judgment on July 23, 2015. Appellant thereafter filed his timely notice of appeal on August 7, 2015.

According to Appellant's understanding of TRAP 4.2(a)(1), Appellant's Sworn Motion and Notice of Late Judgment was timely, because it was within 90 days of the April 17, 2015 judgment.

1

It is because of these circumstances that Appellant believes this Court has jurisdiction to continue this appeal. (fn.1)

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully request that this Court finds that it has jurisdiction to continue this appeal.

Dated: September 2, 2015

by _Reginald Davis_
Reginald D. Davis

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and correct copy of the foregoing to the Tarrant County District Attorney, 401 W. Belknap, Fort Worth, TX 76196 via U.S. mail.

Dated: September 2, 2015

by _Reginald Davis_
Reginald D. Davis

FN.1/ Appellant also has motions for appointment of appellate counsel and for a free copy of the Appellate record pending before the trial court.

2

Reginald D. Davis #1237767
Eastham Unit
2665 Prison RD. 1
Lovelady, TX 75851

RECEIVED

SEP 08 2015

LEGAL
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

NORTH TEXAS TX 750
DALLAS TX 750
04 SEP 2015 PM 2 L

Clerk, Court of Appeals
Second District of Texas
401 W. Belknap, Suite 9000
Fort Worth, TX 76196-0211

76196-0211